[No. 15035-2-II.   Division Two.   March 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE GRANT, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00146-5, Gary W. Velie, J., entered May 31, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 14808-1-II.   Division Two.   March 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVIA DENISE WARE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-00078-0, Karen G. Seinfeld, J., entered February 13, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 13688-1-II,   Division Two.   March 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL JAMES JOHNSTON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00400-3, James D. Ladley, J., entered February 6, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.